IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MEYER PRODUCTS LLC, | ) CASE NO. 1:15-CV-00900-DAP |
| Plaintiff, | ) |
| vs. | ) JUDGE DAN A. POLSTER |
| DOUGLAS DYNAMICS, LLC, | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| Defendant. | ) |

### MOTION TO WITHDRAW AS COUNSEL

Per LR 83.9, the undersigned respectfully moves this Court for leave for the attorneys of Emerson Thomson Bennett, LLC, (namely, John M. Skeriotis, Roger D. Emerson, and Sergey V. Vernyuk) to withdraw as counsel of Plaintiff Meyer Products LLC in this case.

Plaintiff has engaged Squire Patton Boggs (US) LLP as lead counsel, and its attorneys have entered appearances in this case earlier this year (Dkts. 19-20) and have taken over the responsibilities in this case, which has been stayed since June 23, 2015 (Dkts. 15 and 18). Therefore, the requested withdrawal can be accomplished without material adverse effect on the

1

interests of Plaintiff.  As required, we have provided written notice to Plaintiff and Defendant, and Defendant does not oppose this motion.

                    Respectfully Submitted,

                    EMERSON THOMSON BENNETT, LLC

                    s/ Sergey V. Vernyuk
                    Sergey V. Vernyuk (Ohio Bar # 0089101)
                    sv@etblaw.com
                    1914 Akron-Peninsula Rd.
                    Akron, Ohio 44313
                    (330) 434-9999 – Telephone
                    (330) 434-8888 – Facsimile

CERTIFICATE OF SERVICE

    I hereby certify that a copy the foregoing Motion is being filed electronically on this 7th day of December 2016.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                s/ Sergey V. Vernyuk
                                                Sergey V. Vernyuk (Ohio Bar # 0089101)
                                                sv@etblaw.com
                                                1914 Akron-Peninsula Rd.
                                                Akron, Ohio 44313
                                                (330) 434-9999 – Telephone
                                                (330) 434-8888 – Facsimile